**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
NAYO WILLIAMS,

                            Plaintiff,

        -against-                                                    22 **CIVIL** 9699 (CS)

                                                                          **JUDGMENT**

KEVIN JODICE and ESAEL RIVERA,

                            Defendants.
-----------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 27, 2024, the motion to dismiss of Defendants Jodice and Rivera is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       June 28, 2024

                                                                     **DANIEL ORTIZ**
                                                                **Acting Clerk of Court**

                                **BY:**
                                                                **Deputy Clerk**